**MEMO ENDORSED**

Xavier R. Donaldson
Anthony S. Chilliest

*Member NY & NJ Bars

# DONALDSON & CHILLIEST, LLP
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone: (212) 722-4900
Facsimile: (212) 722-4966

Ozro Thaddeus Wells
Paula Brown Donaldson
Jaye Ballard
Jason Foy*
Of Counsel

August 8, 2013

Honorable John Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 13 2013
JUDGE KEENAN'S CHAMBERS

Re:  U.S. v. Angelo Michel
     11 Cr 755 (JK)

Honorable Keenan,

Please be advised that Ms. Meusette Gonzalez is currently employed by my firm as our Legal Assistant. Ms. Gonzalez has been trained to conduct in depth legal interviews, organize files and perform research. It would be beneficial to our firm if the Court would appoint Ms. Gonzalez paralegal responsibilities for trial preparation purposes in the above-referenced multi-defendant large conspiracy case. Moreover, Ms. Gonzalez has been previously assigned such responsibilities by the Honorable Naomi R. Buchwald in the case of *U.S. v. Cibik* 11 Cr 424 (NRB) and by Honorable Paul A. Engelmayer in *U.S. v. Jose Mejia* 11 Cr 1032 (PAE).

Ms. Gonzalez is a recent John Jay College graduate with a B.A. in Criminal Justice. Prior to her employment with my firm, Ms. Gonzalez was employed by the New York State Attorney General's Office Consumer Fraud Bureau. There her duties consisted of informing the public of the most prevalent forms of consumer fraud being reported.

Furthermore, when it came time for the assistant attorney general in charge to initiate motions to begin trial, Ms. Gonzalez working in a team environment was responsible for the production of all documents necessary for litigation.

For all the aforementioned reasons, I firmly believe that Meusette Gonzalez should be appointed paralegal responsibilities for trial preparation purposes at a rate of $35.00 per hour for a maximum of 100 hours.

Thank you kindly in advance for your consideration.

Sincerely,

Donaldson & Chilliest, LLP

Xavier R. Donaldson

*Application granted. March 14, 2013 [handwritten endorsement] John F. Keenan So Ordered*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-13