UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

\# 11 CR 755 (JFK)

-v-

Angelo Michel
------------------------------------X

Please be advised that the ~~conference and~~ sentence scheduled for January 8 has been rescheduled to January 30, 2014 at 2:30 p.m.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-3-13

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-3-13