```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA,          :
                                   :    No. 11 Cr. 755 (JFK)
    -against-                      :    No. 19 Civ. 5919 (JFK)
                                   :
ANGELO MICHEL,                     :         ORDER
                                   :
            Defendant.             :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

The Court, having concluded that the amended motion brought under 28 U.S.C. § 2255 (ECF No. 418) should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Michel shall have thirty days from the date on which he is served with the Government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

**SO ORDERED.**

Dated:   New York, New York
         June 30, 2020

                                   _____
                                        John F. Keenan
                                   United States District Judge