

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2020

**BY ECF**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Angelo Michel*, 11 Cr. 755 (JFK)

Dear Judge Keenan:

By order dated June 30, 2020, the Court ordered the Government to respond to the defendant's motion brought under 28 U.S.C. § 2255 (the "Petition") by August 31, 2020. Since then, the Government has requested certain records required to respond to the Petition, some of which are located at off-site facilities. Due to the Coronavirus pandemic, retrieval of records from off-site locations has been delayed. Accordingly, the Government respectfully seeks a 30-day adjournment of the time by which the Government must respond to the Petition. This is the Government's first such request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *M. Sh*
Christy Slavik
Assistant United States Attorney
(212) 637-1113

```
The Government's request for a 30-day extension to file a response to
Defendant's habeas petition is GRANTED.  The Government's response is
due by September 30, 2020.

SO ORDERED.

Dated:  New York, New York
        August 26, 2020
                                             John F. Keenan
                                       United States District Judge
```